```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

Terry Hatfield,                :

      Plaintiff,         :

  v.                           :    Case No. 2:05-cv-0078

MBNA America Bank, N.A.,       :    JUDGE SMITH

      Defendant.         :

<u>ORDER</u>

On July 25, 2005, the Court noted that the defendant had never been served with the complaint, and this Court ordered plaintiff to show good cause within ten days why this action should not be dismissed, or face dismissal of this action for failure to make service pursuant to Fed. R. Civ. P. 4(m). Plaintiff has not responded to this order, and the file still does not reflect that service has been made.

Fed. R. Civ. P. 4(m) provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Because plaintiff has failed to show good cause why service was not made within 120 days, this action is

1

DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).  The Clerk shall enter judgment accordingly.

/s/ George C. Smith
George C. Smith
United States District Judge