# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**Terry Hatfield,**

    **Plaintiff,**

**-vs-**                        **Case No. C-2-05-78**

**MBNA America Bank, N.A.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Purusant to an Order dated August 17, 2005 the action is DISMISSED without prejudice.

Date: August 18, 2005           JAMES BONINI, CLERK

                   By:_s/Lisa V. Wright, Deputy Clerk